UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Jennifer L. Shinn-Madden | Bankruptcy No.24-10354-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 24th day of July, 2024, by first class mail upon those listed below:

Jennifer L. Shinn-Madden
7146 Cottage St
Philadelphia, PA  19135-1202

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee