# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Jennifer L. Shinn Madden<br><br>Santander Bank, N.A.,<br>    Movant<br><br>vs.<br><br>Jennifer L. Shinn Madden,<br>    Debtor | Case No. 24-10354-amc<br>Chapter 13 |

## WITHDRAWAL OF FILED AS NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES (DOCUMENT FILED: MOTION FOR RELIEF)

    Santander Bank, N.A. ("Movant"), by and through its legal counsel, hereby withdraws its FILED AS NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES (DOCUMENT FILED: MOTION FOR RELIEF) filed on August 28, 2024, via Claims Register, Claim Number 4.

This 23rd day of September, 2024.

                                        */s/Andrew Spivack*
                                        Andrew Spivack, PA Bar No. 84439
                                        Matthew Fissel, PA Bar No. 314567
                                        Mario Hanyon, PA Bar No. 203993
                                        Ryan Starks, PA Bar No. 330002
                                        Jay Jones, PA Bar No. 86657
                                        Attorney for Creditor
                                        BROCK & SCOTT, PLLC
                                        3825 Forrestgate Drive
                                        Winston Salem, NC 27103
                                        Telephone: (844) 856-6646
                                        Facsimile: (704) 369-0760
                                        E-Mail: PABKR@brockandscott.com

23-03434 BKSUP04

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Jennifer L. Shinn Madden<br><br>Santander Bank, N.A.,<br>    Movant<br><br>vs.<br><br>Jennifer L. Shinn Madden ,<br>    Debtor | Case No. 24-10354-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Filed as Notice of Postpetition Mortgage Fees, Expenses, and Charges (Document filed: Motion for Relief) has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Michael A. Cibik, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com


Scott F. Waterman [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107



23-03434 BKSUP04

Via First Class Mail:

Jennifer L. Shinn Madden
7146 Cottage St
Philadelphia, PA 19135

Date: <u>September 23, 2024</u>

                                        <u>*/s/Andrew Spivack*</u>
                                        Andrew Spivack, PA Bar No. 84439
                                        Matthew Fissel, PA Bar No. 314567
                                        Mario Hanyon, PA Bar No. 203993
                                        Ryan Starks, PA Bar No. 330002
                                        Jay Jones, PA Bar No. 86657
                                        Attorney for Creditor
                                        BROCK & SCOTT, PLLC
                                        3825 Forrestgate Drive
                                        Winston Salem, NC 27103
                                        Telephone: (844) 856-6646
                                        Facsimile: (704) 369-0760
                                        E-Mail: PABKR@brockandscott.com

23-03434 BKSUP04