UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br>    Jennifer L. Shinn-Madden <br><br><br>                  Debtor | Chapter 13 <br><br> Bankruptcy No. 24-10354-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 14th day of August, 2025 by first class mail upon those listed below:

Jennifer L. Shinn-Madden
7146 Cottage St
Philadelphia, PA  19135-1202

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


                                                     */s/ Kristen Gliem*
                                                     Kristen Gliem
                                                     for
                                                     Scott F. Waterman, Esq.
                                                     Standing Chapter 13 Trustee