Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-10354-AMC**

Jennifer L. Shinn-Madden  
7146 Cottage St  
Philadelphia  PA     19135-1202

Petition Filed Date: 02/02/2024  
341 Hearing Date: 05/03/2024  
Confirmation Date: 10/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | $500.00 | | 09/16/2024 | $500.00 | | 10/16/2024 | $500.00 | |
| 11/19/2024 | $500.00 | | 12/27/2024 | $795.00 | | 01/24/2025 | $795.00 | |
| 02/27/2025 | $795.00 | | 03/27/2025 | $795.00 | | 04/24/2025 | $795.00 | |
| 05/22/2025 | $795.00 | | | | | | | |

**Total Receipts for the Period: $6,770.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,270.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,475.00 | $3,475.00 | $0.00 |
| 1 | PHILADELPHIA PARKING AUTHORITY<br>»» 001 | Unsecured Creditors | $106.00 | $0.00 | $106.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $13,404.82 | $0.00 | $13,404.82 |
| 4 | SANTANDER BANK, N.A.<br>»» 004 | Mortgage Arrears | $22,354.25 | $4,809.83 | $17,544.42 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $797.19 | $171.53 | $625.66 |
| 6 | US DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10354-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,270.00 | Current Monthly Payment: | $791.00 |
| Paid to Claims: | $8,456.36 | Arrearages: | $2,640.00 |
| Paid to Trustee: | $813.64 | Total Plan Base: | $45,132.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.