# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jennifer Shinn Madden, <br><br> *Debtor*. | Case No. 23-10354-AMC <br> Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 48, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 47) is **APPROVED**.

**Date:**

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge