## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jennifer Shinn Madden, <br><br> *Debtor*. | Case No. 23-10354-AMC <br> Chapter 13 |

## CERTIFICATION OF SERVICE

     I, Michael A. Cibik, certify that on September 9, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

- Modified Chapter 13 Plan

     I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 9, 2025

                                                                             /s/ Michael A. Cibik
                                                                             Michael A. Cibik (#23110)
                                                                             Cibik Law, P.C.
                                                                             1500 Walnut Street, Suite 900
                                                                             Philadelphia, PA 19102
                                                                             215-735-1060
                                                                             mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Santander Bank, N.A.**
1 Corporate Drive, Ste 360
Lake Zurich, IL 60047
Method of Service: CM/ECF

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595
Method of Service: First Class Mail