## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Jennifer Shinn Madden,

*Debtor.*

Case No. 23-10354-AMC
Chapter 13

## <u>ORDER GRANTING MOTION TO MODIFY PLAN</u>

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 48, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 47) is **APPROVED**.

**Date:**   Oct. 30, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge