United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-10354-amc
Jennifer L. Shinn Madden  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jennifer L. Shinn Madden, 7146 Cottage St, Philadelphia, PA 19135-1202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jennifer L. Shinn Madden help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jennifer Shinn Madden,<br><br>                           *Debtor*. | Case No. 23-10354-AMC<br>Chapter 13 |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 48, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 47) is **APPROVED**.

**Date:** Oct. 30, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge