| | | | |
|---|---|---|---|
| **Name:** | ***Shinn*** | | **Date: 8/12/2026** |
| **Loan #** [redacted] | | **Filed Bankruptcy 02/02/24** | **Time: 15:18** |

| Date Posted to Account | Amount Paid | Post-Petition Due Date (Applied To) | Post-Petition Amount Due | Suspense Funds (+/-) | Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $0.00 | |
| 03/01/24 | $ 699.14 | 03/01/24 | $699.14 | $ - | $ - | First pp pmt @: $699.14 3/1/2024 |
| 04/02/24 | $ 821.30 | 04/01/24 | $699.14 | $ 122.16 | $ 122.16 | |
| 05/02/24 | $ 821.30 | 05/01/24 | $699.14 | $ 122.16 | $ 244.32 | |
| 06/03/24 | $ 821.30 | 06/01/24 | $699.14 | $ 122.16 | $ 366.48 | |
| 07/02/24 | $ 821.30 | 07/01/24 | $699.14 | $ 122.16 | $ 488.64 | |
| 08/02/24 | $ 821.30 | 08/01/24 | $699.14 | $ 122.16 | $ 610.80 | |
| 09/03/24 | $ 821.30 | 09/01/24 | $699.14 | $ 122.16 | $ 732.96 | |
| | | 10/01/24 | $699.14 | $ (699.14) | $ 33.82 | |
| 10/02/24 | $ 821.30 | 11/01/24 | $699.14 | $ 122.16 | $ 155.98 | |
| 11/04/24 | $ 821.30 | 12/01/24 | $699.14 | $ 122.16 | $ 278.14 | |
| 12/02/24 | $ 821.30 | 01/01/25 | $720.29 | $ 101.01 | $ 379.15 | Pmt Change @: $720.29 1/1/2025 |
| 01/02/25 | $ 821.30 | 02/01/25 | $720.29 | $ 101.01 | $ 480.16 | |
| 02/03/25 | $ 300.00 | 03/01/25 | $720.29 | $ (420.29) | $ 59.87 | |
| 03/03/25 | $ 300.00 | | | $ 300.00 | $ 359.87 | |
| 04/02/25 | $ 595.47 | 04/01/25 | $720.29 | $ (124.82) | $ 235.05 | |
| 05/09/25 | $ 760.00 | 05/01/25 | $720.29 | $ 39.71 | $ 274.76 | |
| 06/05/25 | $ 750.00 | 06/01/25 | $720.29 | $ 29.71 | $ 304.47 | |
| 07/07/25 | $ 821.30 | 07/01/25 | $720.29 | $ 101.01 | $ 405.48 | |
| 08/06/25 | $ 700.00 | 08/01/25 | $720.29 | $ (20.29) | $ 385.19 | |
| 09/05/25 | $ 700.00 | 09/01/25 | $720.29 | $ (20.29) | $ 364.90 | |
| 10/06/25 | $ 650.00 | 10/01/25 | $720.29 | $ (70.29) | $ 294.61 | |
| 11/05/25 | $ 650.00 | 11/01/25 | $720.29 | $ (70.29) | $ 224.32 | |
| 01/02/26 | $ 821.30 | 12/01/25 | $720.29 | $ 101.01 | $ 325.33 | |
| 02/05/26 | $ 821.30 | 01/01/26 | $1,032.85 | $ (211.55) | $ 113.78 | Pmt Change @: $1,032.85 1/1/2026 |
| 03/05/26 | $ 821.30 | | | $ 821.30 | $ 935.08 | |
| 04/06/26 | $ 821.30 | 02/01/26 | $1,032.85 | $ (211.55) | $ 723.53 | |
| 05/05/26 | $ 821.30 | 03/01/26 | $1,032.85 | $ (211.55) | $ 511.98 | |
| 06/05/26 | $ 821.30 | 04/01/26 | $1,032.85 | $ (211.55) | $ 300.43 | |
| 07/07/26 | $ 821.30 | 05/01/26 | $1,032.85 | $ (211.55) | $ 88.88 | |
| 08/05/26 | $ 821.30 | | | $ 821.30 | $ 910.18 | |
| | | | | | | |
| | | 06/01/26 | $1,032.85 | | | PP Due for: 6/1/2026 |
| | | 07/01/26 | $1,032.85 | | | |
| | | 08/01/26 | $1,032.85 | | | |
| | | Totals: | $3,098.55 | | | PP Delinquency: $3,098.55 |
| | | | | | | Less Suspense: $910.18 |
| | | | | | | Total needed to cure delinquency: $2,188.37 |