Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jennifer L. Shinn-Madden
7146 Cottage St
Philadelphia, PA 19135-1202

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-10354-AMC**

Petition Filed Date: 02/02/2024
341 Hearing Date: 05/03/2024
Confirmation Date: 10/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/16/2025 | $880.00 | | 11/12/2025 | $884.99 | | 12/11/2025 | $884.99 | |
| 01/12/2026 | $884.99 | | 02/11/2026 | $884.99 | | 03/11/2026 | $884.99 | |
| 04/13/2026 | $884.99 | | 05/11/2026 | $884.99 | | 06/11/2026 | $884.99 | |
| 07/13/2026 | $884.99 | | | | | | | |

**Total Receipts for the Period: $8,844.91 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $18,999.90**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,475.00 | $3,475.00 | $0.00 |
| 1 | PHILADELPHIA PARKING AUTHORITY<br>»» 001 | Unsecured Creditors | $106.00 | $0.00 | $106.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $13,404.82 | $0.00 | $13,404.82 |
| 4 | SANTANDER BANK, N.A.<br>»» 004 | Mortgage Arrears | $22,354.25 | $13,481.31 | $8,872.94 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $797.19 | $480.79 | $316.40 |
| 6 | US DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10354-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,999.90 | Current Monthly Payment: | $875.00 |
| Paid to Claims: | $17,437.10 | Arrearages: | ($104.90) |
| Paid to Trustee: | $1,562.80 | Total Plan Base: | $45,145.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.