**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **JENNIFER L. SHINN MADDEN,** | : | **Bankruptcy No. 24-10354-amc** |
| **Debtor** | : | **Chapter 13** |
| **Santander Bank, N.A.** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **JENNIFER L. SHINN MADDEN** | : | **11 U.S.C. §362** |
| **and** | | |
| **SCOTT F. WATERMAN, ESQUIRE (TRUSTEE)** | | |
| **Respondent(s)** | : | |

**CERTIFICATION OF NO ANSWER REGARDING SANTANDER BANK, N.A.'S MOTION FOR RELIEF FROM STAY (DE 58)**

The undersigned hereby certifies that, as of September 17, 2026, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before September 16, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: September 17, 2026

Respectfully submitted,

Brock & Scott, PLLC

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC

3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **JENNIFER L. SHINN MADDEN,** | : | **Bankruptcy No. 24-10354-amc** |
| **Debtor** | : | **Chapter 13** |
| **Santander Bank, N.A.** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **JENNIFER L. SHINN MADDEN** | : | **11 U.S.C. §362** |
| **and** | | |
| **SCOTT F. WATERMAN, ESQUIRE (TRUSTEE)** | | |
| **Respondent(s)** | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on September 17, 2026 to the following:

JENNIFER L. SHINN MADDEN
7146 COTTAGE ST
PHILADELPHIA, PA 19135-1202

MICHAEL A. CIBIK, Debtor's Attorney
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

SCOTT F. WATERMAN, Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee, US Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993

Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com