**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jennifer L. Shinn Madden,<br><br>*Debtor*. | Case No. 24-10354-AMC<br>Chapter 13 |

**Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, Debtor Jennifer L. Shinn Madden, by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under Chapter 13 on February 2, 2024.
2. The trustee in this case is Scott F. Waterman.
3. The current plan was approved on October 30, 2025. It is a 100% plan.
4. Creditor Santander Bank, N.A. recently filed a Motion for Relief From the Automatic Stay ("MFR").
5. A stipulation settling the MFR will soon be filed, and the Debtor wants to amend their plan to roll in the post-petition arrears per the stipulation's terms.
6. The proposed plan rolls in the post-petition arrears and increases the Debtor's monthly payments to the Trustee moving forward.
7. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 63 as the new confirmed plan.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: September 29, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ____________________
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com