**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jennifer L. Shinn Madden,<br><br>*Debtor*. | Case No. 24-10354-AMC<br>Chapter 13 |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 64, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 63) is **APPROVED**.

**Date:**

______________________________
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge