**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>JENNIFER L. SHINN MADDEN<br>Debtor | Case No. 24-10354-amc |
| Santander Bank, N.A.,<br>Movant<br><br>vs.<br>JENNIFER L. SHINN MADDEN<br>Respondent | Chapter 13<br><br>11 U.S.C. §362 |

**ORDER**

**AND NOW**, this 2nd day of Oct. , 2026, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

Ashely M. Chan
CHIEF BANKRUPTCY JUDGE

JENNIFER L. SHINN MADDEN
7146 COTTAGE ST
PHILADELPHIA, PA 19135-1202

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102

SCOTT F. WATERMAN
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107